IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-30064 |
| | ) | |
| EARNEST KIRKWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The Court has reviewed the $5000^+$ pages filed under seal for in camera review.[1]  From those pages, the Court directs the Government to provide defense counsel with the following pages, which the Court finds to contain arguable Brady material.  [Counsel for the Government are directed to redact any personal addresses, phone numbers, or other identifying information other than name and rank from the interviews of police officers before providing the material to the defense.  Defendant and his counsel are ordered to use this information only in connection with the defense of this

---

[1] Within the pages submitted for in camera review are multiple copies of the same reports.

1

matter and to release it to no one else without leave of Court. Defense counsel is further directed to maintain possession of all copies of this material.]

    p. 2 and 3 (except last 5 lines)

    p. 5 (top half of page)

    p. 8 (Violation # 6 and # 7)

    p. 10 (1st full paragraph and Allegation 12)

    p. 12 (Possession of a Controlled Substance and Weapon by Felon)

    p. 14 (Reco Faine Search Warrant--last paragraph on page)

    p. 55 (thru line 7 of p. 58)

    p. 61 (beginning with 4 thru p. 62)

    p. 64 (to #14 on p. 67)

    p. 75 (3rd paragraph)

    p. 365 - 458

    p. 488 - 493

    p. 494 (redacting within ¶ 2, all but the 1st sentence)

    p. 494 - 495 (redacting references to attachments 1, 4, 5, 6, 9, 10, 11, 12)

    p. 502 - 519

p. 666 - 681

p. 717 - 726

p. 741 - 744

p. 763 - 764

p. 768 & 769

p. 874 - 885

p. 995 - 1009

p. 1012 - 1013 (except the last two paragraphs on p. 1013)

p. 1114

p. 1212 (last paragraph)

p. 1213 (first paragraph)

p. 1338 - 1363

p. 1702 - 1717

p. 1719 (starting with the 2nd paragraph thru p. 1720)

p. 1849 - 1865

p. 1905 - 1935
   Note: Court's copy of p. 1931 is blank.  Copy to be filed by Government.

p. 1953 - 1972

p. 1987 - 2117

p. 2371 - 2374

p. 2384 - 2394

p. 2396 - 2410

p. 2412 - 2421

p. 2423 - 2434

p. 2435 - 2448
   Note: The interview contained in these pages is missing page 7 in the copy submitted to the Court.  Page 7 is also to be given to defense counsel.

p. 2450 - 2461

p. 2464

p. 2484 - 2495

p. 2498

p. 2503 - 2506

p. 2867 - 2883

IT IS THEREFORE SO ORDERED.

ENTER:   March 7, 2007.

    FOR THE COURT:

                                                s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE