IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-30064 |
| | ) | |
| EARNEST KIRKWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

To clarify the Court's Opinion filed March 7, 2007, the reference to pages 2 and 3 (except last 5 lines) is intended to refer to those numbered pages (at the bottom of the page) of the Illinois State Police Investigative Summary and not pages 2 and 3 of the Springfield Internal Affairs Report.

Page 5 (top half of page) likewise refers to the State Police Investigative Summary--with the page number at the bottom of the page.

Page 10 (1st full paragraph and Allegation 12) should reference p. 11. The page in question is numbered 11 at the bottom of the page and 10 at the top of the page.

Page 12 (Possession of a Controlled Substance and Weapon by Felon)

should reference p. 13. The page in question is numbered 13 at the bottom of the page and 12 at the top of the page.

The Court has been advised by the Government that there is no page 1931 so the order to produce that page is vacated.

Since most of the pages have 2 or 3 different page numbers, the Court attempted to reference the pages by the number in the bottom right hand corner. The initial pages have some numbering duplication, however, which the Court had hoped to avoid with its earlier Order for the Government to sequentially number all of the pages.

ENTER:  March 13, 2007.

    FOR THE COURT:

                                s/ Jeanne E. Scott
                                JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE